IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  Quinhun Rollins  CHAPTER 13
       3215 Bayou Dr.
       La Porte, TX  77571  CASE NO. 12-32460-H4

       DEBTOR

**NOTICE OF TRUSTEE'S
INTENT TO PAY CLAIMS**

   Comes now the standing Chapter 13 Trustee who would show the Court that he has examined the proofs of claim.  After such examination, the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below.

   IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 20 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE;  OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT RELIEF.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MALAISE LAW FIRM<br>723 MAIN STREET, STE 710<br>HOUSTON, TX  77002 | $0.00 | PRIOR ATTORNEY |
| Quinhun Rollins<br>3215 Bayou Dr.<br>La Porte, TX  77571 | $0.00 | DEBTOR REFUND |
| SUGHRUE LAW FIRM<br>ATTN: MOLLY SUGHRUE<br>5225 KATY FREEWAY STE 505<br>HOUSTON, TX  77007 | $0.00 | ATTORNEY FEE |
| AMERICREDIT FINANCIAL SERVICES<br>PO BOX 183853<br>ARLINGTON, TX  76096-3853 | $0.00 | PARTY REQUESTING NOTICE |
| AMERICREDIT FINANCIAL SERVICES<br>PO BOX 183853<br>ARLINGTON, TX  76096-3853 | $18,066.56 | UNSECURED CREDITOR<br>ACCT:  2192<br>COMM:  DEFICIENCY BALANCE |

CASE NO.  12-32460-H4   Quinhun Rollins

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SANTANDER CONSUMER USA INC<br>DBA DRIVE FINANCIAL SERVICES<br>PO BOX 560284<br>DALLAS, TX  75356 | $21,620.63 | MOTOR VEHICLE (POST 10/17/05)<br>ACCT:  0186<br>COMM: '12 NISSAN SENTRA (POC - ALTIMA) (PAY CL) |
| CITY NTL BK/OCWEN LOAN SERVICE<br>ATTN:BANKRUPTCY<br>1661 WORTHINGTON RD. SUITE 100<br>WEST PALM BEACH, FL  33409 | Claim Filed. Ongoing amount subject to change | ON-GOING MORTGAGE (THRU PLAN)<br>ACCT:  9962<br>COMM:  5/12-4/17 |
| CITY NTL BK/OCWEN LOAN SERVICE<br>ATTN:BANKRUPTCY<br>1661 WORTHINGTON RD. SUITE 100<br>WEST PALM BEACH, FL  33409 | $64,000.00 | 11 USC 1322(b)(5) ARREARAGES<br>ACCT:  9962<br>COMM:  MTG ARREARS 3215 BAYOU DR - NO POC |
| MACKIE WOLF & ZIENTZ<br>PACIFIC CENTER 1 STE 660<br>14180 NORTH DALLAS PKWY<br>DALLAS, TX  75254 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY (CITY NATL BK/OCWEN LOAN SERV) |
| INTERNAL REVENUE SERVICE<br>1919 SMITH STREET<br>STOP 5024 HOU<br>HOUSTON, TX  77002 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |
| SUGHRUE LAW FIRM<br>ATTN: MOLLY SUGHRUE<br>5225 KATY FREEWAY STE 505<br>HOUSTON, TX  77007 | $2,600.00 | ATTORNEY FEES<br>ACCT:  ATTY FEES PER PLAN<br>COMM:  S/ORDER 5/15/12 |
| SOUTHWESTERN BELL TELEPHONE COMPANY<br>JAMES GRUDUS ESQ<br>AT&T SERVICES INC<br>ONE AT&T WAY   ROOM 3A218<br>BEDMINISTER, NJ  07921 | $210.57 | UNSECURED CREDITOR<br>ACCT:  4741<br>COMM:  AT&T |
| IC SYSTEMS INC<br>PO BOX 64378<br>ST PAUL, MN  55164-0378 | $0.00 | NOT FILED<br>ACCT:  0001 |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |

CASE NO.  12-32460-H4   Quinhun Rollins

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS INC<br>16 MCLELAND RD<br>ST CLOUD, MN  56303-2198 | $728.96 | UNSECURED CREDITOR<br>ACCT:  5183<br>COMM:  WACHOVIA |
| KELSEY SEYBOLD<br>8900 LAKES @610<br>HOUSTON, TX  77054 | $0.00 | NOT FILED<br>ACCT:  2572 |
| MIDLAND FUNDING LLC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>ATTN: DEPARTMENT 1<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | $124.72 | UNSECURED CREDITOR<br>ACCT:  7044<br>COMM:  SERVICES PERFORMED |
| MACKIE WOLF ZIENTZ & MANN PC<br>PACIFIC CENTER I STE 660<br>14180 N DALLAS PARKWAY<br>DALLAS, TX  75254 | $0.00 | PARTY REQUESTING NOTICE |
| ECMC<br>LOCKBOX 8682<br>PO BOX 75848<br>ST PAUL, MN  55175-0848 | $7,980.49 | UNSECURED CREDITOR<br>ACCT:  8143<br>COMM:  STUDENT LOAN |
| SUGHRUE LAW FIRM<br>ATTN: MOLLY SUGHRUE<br>5225 KATY FREEWAY STE 505<br>HOUSTON, TX  77007 | $400.00 | ATTORNEY FEES<br>ACCT:  EXCESS CLAIM<br>COMM:  S/O 5/15/12 |
| **TOTAL:** | **$115,731.93** | |

CASE NO.  12-32460-H4   Quinhun Rollins

A NOTICE HAS BEEN SENT ON THIS DATE TO EACH CREDITOR SHOWN ABOVE, ADVISING EACH CREDITOR OF THE INFORMATION CONTAINED IN THIS NOTICE.  ALL CREDITORS HAVE BEEN ADVISED TO CONTACT THE TRUSTEE IF THE CREDITOR DISAGREES WITH THE INFORMATION CONTAINED ON THIS NOTICE.  A COPY OF THIS NOTICE HAS ALSO BEEN SENT TO THE DEBTOR, DEBTOR'S COUNSEL AND THE UNITED STATES TRUSTEE.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.

IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE TRUSTEE'S ACTION SHALL BE DEEMED TO BE UNOPPOSED PURSUANT TO 11 U.S.C. SEC. 101(1)(B).  IF YOU REQUEST A HEARING, YOU MUST SERVE A COPY OF YOUR REQUEST FOR HEARING ON THE TRUSTEE, THE DEBTOR, AND AFFECTED CREDITOR.

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed as shown above for the purpose of distribution pursuant to the confirmed plan and other orders of this Court, and that any objection to claim not filed within twenty days after service hereof be barred .

DATED: June 18, 2013                              /s./ David G. Peake
                                                  DAVID G. PEAKE, TRUSTEE
                                                  ADMISSIONS ID NO. 15679500
                                                  9660 HILLCROFT, STE 430
                                                  HOUSTON, TX  77096
                                                  (713)283-5400

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's office on or about the time this document was electronically filed with the Clerk on June 18, 2013. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S Bankruptcy Clerk's Office.

Electronically signed by
David G. Peake, Chapter 13 Trustee