IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  Quinhun Rollins<br>3215 Bayou Dr.<br>La Porte, TX  77571<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO. 12-32460-H4 |

**MOTION TO DISMISS FOR FAILURE TO MAKE PAYMENTS**

The Chapter 13 Trustee moves to dismiss this case based on the Debtor failure to make required payments . The debtor is delinquent $12,810.00, an amount constituting 3.50 months of required payments.

The delinquent payments are due for post confirmation payments required by the confirmed plan .

**NOTICE TO DEBTORS: YOU MUST DO ONE OF THE FOLLOWING:**

1. BRING YOUR PAYMENTS CURRENT WITHIN 21 DAYS OF THE DATE ON THIS MOTION .

2. FILE A RESPONSE WITHIN 21 DAYS THAT SHOWS THAT YOUR PAYMENTS ARE CURRENT.

**IF YOU FAIL TO DO SO, THE BANKRUPTCY COURT WILL PROBABLY DISMISS YOUR BANKRUPTCY CASE AND MAY DO SO WITHOUT A HEARING. THE BANKRUPTCY COURT WILL NOT ALLOW PAYMENTS TO BE MADE AT THE HEARING.**

**IF A TIMELY REPONSE IS FILED, A HEARING WILL BE HELD ON JUNE  9, 2014 AT 10:00 AM IN THE U.S. BANKRUPTCY COURT, 515 RUSK, ROOM 600, 6TH FLOOR, HOUSTON, TX 77002.**

**WHEREFORE PREMISES CONSIDERED**, the undersigned Trustee prays for an Order of Dismissal, conversion to Chapter 7, or such other relief as may be deemed just and appropriate .

Respectfully Submitted,

/s/ David G. Peake

DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 5/15/2014. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U. S . Bankruptcy Clerk's Office.

/s/ David G. Peake
DAVID G. PEAKE, TRUSTEE