UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  Quinhun Rollins

Case No.: 12–32460

Debtor

Chapter:  13

**ENTERED**
**06/09/2014**

## ORDER OF DISMISSAL

On the chapter 13 trustee's motion, this case is dismissed. The Court's reasons for dismissal were stated on the record in open court.

The deadline for filing an application for an administrative expense in this case is set at 21 days following entry of this Order. The deadline for filing a motion for allowance of a claim arising under §507(b) in this case is also set at 21 days following entry of this order.

If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of an administrative expense under §503, if the new application only seeks allowance of the same professional fees and expenses previously requested.

This order terminates orders to the Debtor(s)' employer that require payments to the chapter 13 trustee.

Signed and Entered on Docket: 6/9/14

_____
JEFF BOHM
United States Bankruptcy Judge