UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: QUINHAN ROLLINS

DEBTOR

§
§
§   CASE NO. 12-32460-H4-13
§
§

UNITED STATES MOTION TO APPLY UNCLAIMED FUNDS
OWED TO DEBTOR AGAINST RESTITUTION

The United States moves to apply unclaimed funds owed to Quinhun Rollins that were deposited in the Registry of this Court pursuant to 11 U.S.C. § 347(a) to restitution that she was ordered to pay in *U.S. v. Rollins*, 4:14-CR-416. In support thereof the United States represents the following:

Rollins was charged by information on August 28, 2014, with one count of bank fraud in violation of 18 U.S.C. § 1344 (DE 1).[1] Rollins pleaded guilty to the information on October 27, 2014 (DE 15), pursuant to a plea agreement in which she agreed to pay full restitution, to cooperate fully in the disclosure of all her financial assets and to take all steps necessary to assist in the collection of restitution (DE 17 at ¶¶ 16-19). Rollins was sentenced on March 2, 2015, to serve 33 months in the custody of the Bureau of Prisons, followed by five years of supervised release. The Court ordered Rollins to pay $426,266.77 in restitution to the Federal Insurance Company (DE 33).

Rollins is presently serving her sentence. Recently, the United States

---

1 The docket entries in *U.S. v. Rollins*, 4:14-CR-416, are cited as "DE" followed by the docket entry number.

learned that $65,822.12 owed to Rollins was deposited as unclaimed funds in the Registry of this Court.[2]

In light of the foregoing, the United States moves this Court to order the total amount of the unclaimed funds owed to Quinhan Rollins presently on deposit in the Registry of the this Court, to be applied to the restitution owed by Rollins in *U.S. v. Rollins*, No 4:14-CR-416.

Respectfully submitted,

Kenneth Magidson
United States Attorney

*/s/ Julia Bowen Stern*
Julia Bowen Stern
Assistant United States Attorney
SDTX Federal No. 81632
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel:   (713) 567-9167
Fax:   (713) 718-3405
Julie.Stern@usdoj.gov

---

[2] The Order authorizing the deposit of these funds is attached as an Exhibit.

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2015, a true and correct copy of the motion to apply unclaimed funds to restitution was mailed via First Class Mail to the following:

Quinhan Rollins
Reg # 73851-079
P.O. Box 467
Aliceville, AL 35442

David G. Peake
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston, TX 77096

*/s/ Julia Bowen Stern*
Julia Bowen Stern
Assistant United States Attorney